Argued and submitted March 4, 1997, judicial review dismissed as moot
June 25, 1998

DON'T WASTE OREGON COUNCIL,
Utility Reform Project,
Lloyd K. Marbet, and Colleen O'Neil,
*Petitioners,*

*v.*

ENERGY FACILITY SITING COUNCIL,
and Hermiston Power Partnership,
*Respondents.*

(SC S43326)

957 P2d 1227

Daniel W. Meek, Portland, argued the cause for petitioners Don't Waste Oregon Council, Utility Reform Project, Lloyd K. Marbet and Colleen O'Neil.

John T. Bagg, Assistant Attorney General, Salem, argued the cause for respondent Energy Facility Siting Council. With him on the response were Virginia L. Linder, Solicitor General, and David Schuman, Deputy Attorney General.

Peter D. Mostow, of Stoel Rives LLP, Portland, argued the cause for respondent Hermiston Power Partnership. With him on the response was Richard S. Gleason.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, and Durham, Justices.*

MEMORANDUM OPINION

Judicial review dismissed as moot.

---

* Fadeley, J., retired January 31, 1998, and did not participate in this decision; Graber, J., resigned March 30, 1998, and did not participate in this decision; Kulongoski, J., did not participate in the consideration or decision of the case.